# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GEORGE STRZELCZYK, | : No. 34 MAP 2014 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court dated March 6, |
| | : 2014 at No. 102 M.D. 2014 |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  November 19, 2014**

**AND NOW,** this 19th day of November, 2014, the order of the Commonwealth Court is **AFFIRMED**.